UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS NEAL ELLIOTT,<br><br>Petitioner,<br><br>v.<br><br>ROBERT FOX,<br><br>Respondent. | Case No. 17-cv-05253-EMC<br><br>**ORDER DENYING PETITIONER'S MOTION TO VACATE JUDGMENT**<br><br>Docket No. 8 |

This action was dismissed on September 26, 2017, because the petition for writ of habeas corpus was a second or successive petition, and Petitioner had not first obtained permission from the United States Court of Appeals to file such a petition. *See* 28 U.S.C. § 2244(b)(3)(A).

Petitioner has filed a motion to vacate the judgment and order of dismissal. Docket No. 8. He argues that he does not need permission to file a second or successive petition because his claims are not the same as the claims asserted in his first petition for writ of habeas corpus.

In federal court terminology, a successive petition raises "previously rejected claims," and an abuse of the writ occurs when a later petition asserts new "claims that could have been raised in an earlier action." *McQuiggin v. Perkins*, 133 S. Ct. 1924, 1931-32 (2013). A later petition that contains new claims and is an abuse of the writ sometimes is called an "abusive petition," or a "second or subsequent" petition. *See McCleskey v. Zant*, 499 U.S. 467, 470, 485 (1991) ("The doctrine of abuse of the writ defines the circumstances in which federal courts decline to entertain a claim presented for the first time in a second or subsequent petition for a writ of habeas corpus."); 28 U.S.C. § 2244(b) (limiting consideration of a "claim presented in a second or successive" petition).

Here, Petitioner is challenging the same murder conviction that he challenged in his first

federal petition for writ of habeas corpus. The fact that the claims in his 2017 petition may be new does not allow him to avoid the need to obtain permission because the rule requiring permission applies to a petition that is a second petition *or* a successive petition, or a mixture of both. If his petition contains only new claims, it is referred to as a second petition. He therefore must obtain permission from the United States Court of Appeals to file that second petition before he can file the petition in this Court. The motion to vacate the judgment and order of dismissal is **DENIED**. Docket No. 8.

**IT IS SO ORDERED**.

Dated: November 13, 2017

_____
EDWARD M. CHEN
United States District Judge